**Order entered September 2, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00071-CV

### LENDINGHOME FUNDING CORPORATION, Appellant

### V.

### TUESDAY REAL ESTATE, LLC, KEVIN MILLER, HARVA DALE MILLER, AND ROXANNE L. MILLER, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00266**

### ORDER

Before the Court is Kevin Miller, Harva Dale Miller, and Roxanne L. Miller's August 31, 2020 third motion for extension of time to file their responsive brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 25, 2020.

/s/    ERIN A. NOWELL
        JUSTICE